UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X     Docket No.: 24-cv-01420(RML)

HISCOX INSURANCE COMPANY INC.,

                         Plaintiff,     **ANSWER TO COMPLAINT**
                                                      **<u>WITH COUNTERCLAIMS</u>**

        - against -

THE STEELSTONE GROUP LLC, d/b/a GOURMIA,
CANDIS ROGAN and ANITA JOHNSON.

                            Defendants,
----------------------------------------------------------------X

        Defendant, THE STEELSTONE GROUP LLC, d/b/a GOURMIA ("Steelstone"), by and

through its attorneys, Molod Spitz & DeSantis, P.C., as and for its Answer to the Complaint filed

by Plaintiff HISCOX INSURANCE COMPANY INC., ("Hiscox") alleges the following upon

information and belief:

        1.  Defendant denies having knowledge or information as to the truth of the allegations set forth

in paragraphs "1, 6, 7, 14, 15, 16, and 48" of the Complaint, and reserves all questions of law to this

Court.

        2.  Defendant admits the allegations contained in paragraphs "2, 5, 9, 35, 36, 37, 38, and 39"

of the Complaint.

        3.  Defendant denies each and every allegation contained in paragraphs "3, 10, 18, 26, 30, 34,

40, 42, 43, 44, 45, 46, 47, 49, 50, 51, 52, 53, 56, 57, and 58" of the Complaint.

        4.  Defendant denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraphs "4, 8, 11, 12, 13, 17, 19, 21, 22, 23, 24, 25, 27, 28, 29, 31, 32,

33, 41, and 55" of the Complaint.

5.    Defendant admits that its business operations do not include the operation of a retail store and denies all other allegations of fact contained in paragraph "20" of the Complaint.

6.    Defendant admits that Plaintiff Hiscox is currently defending Steelstone in the Underlying Actions, and denies all other allegations of fact contained in paragraph "54" of the Complaint.

## JURY DEMAND

The Answering Defendant demands trial by jury.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Plaintiffs failed to commence this action within the applicable statute of limitations.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrine of estoppel.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrine of waiver.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrine of preclusion.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred because Plaintiff unreasonably delayed in asserting their right to rescind the insurance policy, and that delay prejudiced Defendant.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Plaintiff ratified any alleged misrepresentations by continuing to accept premium payments and by not taking timely action upon learning of any discrepancies or alleged misrepresentations.

1

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

Plaintiff failed to provide timely or sufficient notice of rescission of the insurance policy as required by law and the terms of the policy itself.

## AS AND FOR AN NINTH AFFIRMATIVE DEFENSE

Plaintiff acted in bad faith or engaged in inequitable conduct regarding the handling of the insurance claim and the rescission of the policy.

## AS AND FOR AN TENTH AFFIRMATIVE DEFENSE

Plaintiff failed to perform its contractual obligations under the Policy, which justifies dismissal of the Complaint.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that any inaccuracies in the application were not material to the insurance risk or coverage decision. To the extent that the Court finds any inaccuracies, such inaccuracies did not alter the underwriting decision substantially or affect the policy issuance in a manner that would justify rescission.

## AS AND FOR AN TWELFTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff has failed to demonstrate that the alleged inaccuracies in the Application were made with the intent to deceive. The absence of intent to deceive negates a fundamental element required for rescission of the insurance policy under New York law.

## AS AND FOR AN THIRTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that the questions posted in the Application were ambiguous and subject to multiple reasonable interpretations. Therefore, any answers provided by Defendant that were based on their reasonable interpretation of these ambiguous questions cannot constitute misrepresentations capable of justifying rescission of the Policy.

## AS AND FOR STEELSTONE'S FIRST COUNTERCLAIM
## AGAINST PLAINTIFF

1.    Based upon the Complaint and this action, Defendant is entitled to recover their attorney's fees in defending this declaratory judgment action for casting them in a defensive posture. *See Mighty Midgets, Inc. v. Centennial Ins. Co.,* 47 N.Y.2d 12, 416 N.Y.S.2d 559 (1979)

**WHEREFORE**, Defendant THE STEELSTONE GROUP LLC, d/b/a GOURMIA respectfully request judgment as follows:

(1) Dismissing the Complaint against Defendant in its entirety;

(2) Declaring that Plaintiff must defend and indemnify Defendant in connection with the underlying actions set forth in the Complaint, along with any other claims or occurrences during the policy period;

(3) Granting a declaratory Judgment in favor of Defendant on the First Counterclaim;

(4) Granting Defendant such other, further and/or different relief as may be just, equitable and proper, together with costs and disbursements of this action.

Dated:  New York, NY
            May 13, 2024

MOLOD, SPITZ & DeSANTIS, P.C
Attorneys for Defendants

By: *[s] Jack Glanzberg*
JACK GLANZBERG, ESQ.
1430 Broadway – 21st Floor
New York, New York 10018
Tel. No.: 646-627-7181
Fax No.: 212-869-4242
File No.: JGNYD-2070
jglanzberg@molodspitz.com

TO: *Via ECF Only*

Kennedys CMK LLP
*Attorneys for Plaintiff*
570 Lexington Avenue – 8th Fl

New York, NY 10022
(845) 422-9850
Laura.dowgin@kennedyslaw.com

Law Offices of Jason Turchin
*Attorneys for Candis Rogan & Anita Johnson*
2883 Executive Park Drive, Suite 103
Weston, Fl 33331
(954) 515-5000