UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HISCOX INSURANCE COMPANY INC.,

                    Plaintiff,                                  Docket No: 24-cv-01420

        - against -

                                                            **STIPULATION OF DISMISSAL**

THE STEELSTONE GROUP LLC, D/B/A GOURMIA,

                    Defendant,

CANDIS ROGAN and ANITA JOHNSON.

                    Nominal Defendants,
------------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action, is dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and

    IT IS FURTHER STIPULATED AND AGREED that the application for insurance submitted to Hiscox Insurance Company ("Hiscox") by or on behalf of The Steelstone Group LLC, DBA Gourmia ("Steelstone"), which was relied upon by Hiscox in issuing the policies of insurance at issue in this litigation, contained misrepresentations that Hiscox determined and Steelstone does not dispute were material to its decision to issue the policies, and, as such, the policies are rescinded and *void ab initio*.

    IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in any number of counterparts, each of which when executed and delivered shall be an original, but all such counterparts shall constitute one and the same instrument and the facsimile or other electronic signatures may be used in lieu of originals.

Dated: New York, New York
      May 13, 2025

_____
Jack Glanzberg, Esq.
Glanzberg Law Firm, PLLC
420 S. Riverside Avenue, #240
Croton on Hudson, NY 10520
(718) 569-7757
jack@glanzlaw.com

_____
Laura Dowgin, Esq.
Kennedys CMK LLP
*Attorneys for Plaintiff*
570 Lexington Ave – 8th Fl
New York, NY 10022
(845) 422-9850
Laura.dowgin@kennedyslaw.com

_____
Law Offices of Jason Turchin
*Attorneys for Nominal Defendants*
2883 Executive Park Drive, Suite 103
Weston, FL 33331
(954) 515-5000
jason@victimaid.com